IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JONATHAN WAYNE SMITH,
ADC #21685-001                                                                                          PLAINTIFF

v.                                          2:07CV00048 JMM/HDY

LINDA SANDERS, et al.                                                                        DEFENDANTS

ORDER

Plaintiff's motion to voluntarily dismiss this action, without prejudice (DE #18), is hereby GRANTED.[1]

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 17th day of May, 2007.

_____
United States District Judge

---

[1] Plaintiff remains obligated for paying the remainder of the filing fee imposed pursuant to this Court's April 18, 2007 Order. The Court will consider a motion to re-open this case within one year of the date of this Order.