IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

JONATHAN WAYNE SMITH,
ADC #21685-001                                                                    PLAINTIFF

v.                                        2:07CV00048 JMM/HDY

LINDA SANDERS, et al.                                                       DEFENDANTS

JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered, and

Adjudged that this case be, and it is hereby, DISMISSED without prejudice.  The relief sought is

denied.

IT IS SO ADJUDGED this 17th day of May,  2007.


_____
United States District  Judge